UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL E. BRAUN, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| FEDERAL AVIATION ADMINISTRATION, et al., | ) ) ) |
| Defendants. | ) ) ) |

Civil Action No. 24-0969 (JEB)

## NOTICE OF APPEARANCE

Defendants respectfully request that the Clerk of the Court enter the appearance of the undersigned counsel, Tabitha Bartholomew, on behalf of all Defendants in this matter.

Dated: June 4, 2024
        Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____ */s/ Tabitha Bartholomew* _____
        TABITHA BARTHOLOMEW
        D.C. BAR # 1044448
        Assistant United States Attorney
        601 D Street, NW
        Washington, DC 20530
        202-252-2529
        Tabitha.Bartholomew@usdoj.gov

*Attorneys for the United States of America*