UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MICHAEL E. BRAUN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 24-0969 (JEB) |
| FEDERAL AVIATION ADMINISTRATION, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

## CONSENT MOTION TO EXTEND DEFENDANTS' TIME TO ANSWER

Defendants respectfully request that the Court extend Defendants' answer deadline, currently June 11, 2024, by forty-five days, to July 26, 2024. Plaintiff consents to the relief requested in this motion. As further support for this Motion, Defendants state as follows:

1. The Complaint in this action was filed on April 4, 2024, and service on all Defendants was completed on or about April 29, 2024. Plaintiff seeks a writ of mandamus compelling Defendant Federal Aviation Administration ("FAA") to make a final decision on Plaintiff's "request for a Special Issuance Authorization for an Airman First Class Medical Certificate." Compl. at 1; *see generally id.* ¶¶ 72–77. Defendants' answer is currently due on June 11, 2024.

2. The undersigned counsel received a copy of the Complaint on May 28, 2024, and has already taken initial steps to confer with the assigned agency counsel within the FAA. However, Defendants require additional time to confer with the undersigned regarding this dispute and prepare their response to the Complaint.

3. Defendants seek this extension in good faith and not for purposes of delay. This matter involves a complex history of prior and ongoing administrative proceedings relating to the issuance of an airline pilot's license that require careful consideration by government counsel to permit them to prepare Defendants' response to the Complaint. No other deadlines in this action will be affected should the Court grant the requested extension of time. Pursuant to Local Rule 7(m), Defendants conferred with Plaintiff—through their counsel—via email on June 4 and 7, 2024, regarding the relief requested in this Motion, and Plaintiff has graciously consented.

WHEREFORE Defendants respectfully request that Defendants' time to answer the Complaint be extended to and including July 26, 2024. A proposed order is submitted herewith.

Dated: June 7, 2024
     Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:         */s/ Tabitha Bartholomew*
    TABITHA BARTHOLOMEW
    D.C. BAR # 1044448
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    202-252-2529
    Tabitha.Bartholomew@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MICHAEL E. BRAUN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 24-0969 (JEB) |
| FEDERAL AVIATION ADMINISTRATION, et al., | ) ) ) | |
| Defendants. | ) ) ) ) | |

## PROPOSED ORDER

Upon consideration of the Consent Motion to Extend Defendants' Time to Answer, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED. It is further

ORDERED that Defendant's answer or other responsive pleading shall be filed on or before July 26, 2024.

SO ORDERED.

Date: _____          _____

United States District Judge

3