## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL E. BRAUN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 24-CV-0969 |
| | ) | |
| FEDERAL AVIATION | ) | |
| ADMINISTRATION, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), Petitioner Michael Braun hereby dismisses his Mandamus Petition, without prejudice, due to a settlement he executed with the Federal Aviation Administration on October 11, 2024.

Dated: October 31, 2024.                    Respectfully submitted,

**HANSEN REYNOLDS LLC**

By: /s/ Michael C. Lueder
    Michael C. Lueder (admitted *pro hac vice*)
    Robert L. Gordon, USDC DC Bar #: 380952
    301 N. Broadway, Suite 400
    Milwaukee, Wisconsin 53202
    Telephone: (414) 455-7676
    Facsimile: (414) 273-8476
    mlueder@hansenreynolds.com
    rgordon@hansenreynolds.com

    *Attorneys for Plaintiff Michael Braun*